UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                  :
CANDIDA RAMIREZ LOPEZ,                     :
                  :
              Plaintiff,              :          25-CV-04826 (JAV)
                  :
    -v-                                :          <u>ORDER</u>
                  :
DONALD J. TRUMP, et al.,                   :
                  :
              Defendants.        :
                  :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      It is hereby ORDERED that counsel for all parties appear for a conference with the Court on June 11, 2025, at 9:30 a.m. in Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York, to discuss Plaintiff's emergency motion for a temporary restraining order ("TRO"). ECF No. 8.

      To preserve the Court's jurisdiction pending a ruling on the petition and TRO, **Petitioner shall not be removed from the United States unless and until the Court orders otherwise**. *See, e.g.*, *Local 1814, Intern. Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction" (cleaned up)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case"); *cf. Michael v. I.N.S.*, 48 F.3d 657, 661-62 (2d Cir. 1995) (holding that the All Writs Act provides a federal court of appeals reviewing a final removal order with a basis to stay removal).

      All counsel are required to register promptly as filing users on ECF. All counsel must familiarize themselves with the Court's Individual Rules, which are available at http://nysd.uscourts.gov/hon-jeannette-vargas. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

**Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

SO ORDERED.

Dated: June 10, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge