

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 10, 2025

By ECF

The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

**MEMO ENDORSED**

     Re:    *Ramirez Lopez v. Trump* , No. 25 Civ. 4826 (JAV)

Dear Judge Vargas:

     This Office represents the government in the above-referenced habeas corpus action.  I write respectfully to request a brief adjournment of the conference scheduled for tomorrow morning at 9:30 a.m. by 30 minutes to 10:00 a.m. I make this request because myself and AUSA Brandon Waterman, co-chiefs of the Immigration Unit in the Southern District of New York, both have pre-existing personal conflicts tomorrow morning that make it difficult to attend an in-person conference at 9:30 a.m., which were set before the Court's scheduling order hit the docket this evening.

     I had asked counsel for the petitioner via email at 10:04 p.m. this evening for their position on this adjournment request, but they have not yet been able to respond. However, in light of the time sensitivity because the conference is set for tomorrow morning, I am submitting this request without waiting further. This is the government's first request for an extension in this matter.

     I thank the Court for its consideration of this request.

                                 Respectfully submitted,

**SO ORDERED:**

                                      JAY CLAYTON
                                      United States Attorney for the
                                      Southern District of New York

_s/  Anthony J. Sun_____

The Honorable Jeannette A. Vargas
United States District Judge
Dated: June 10, 2025

                                        ANTHONY J. SUN
                                      Assistant United States Attorney
                                      86 Chambers Street, Third Floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2810
                                      E-mail: anthony.sun@usdoj.gov

cc: Counsel of Record (by ECF)