# LEGAL SERVICES NYC

## MEMO ENDORSED

June 11, 2025

**VIA ECF**
The Honorable Jeanette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re: *Ramirez Lopez v. Trump, et al.*, No. 1:25-cv-4826 (JAV)

Dear Judge Vargas:

Petitioner's counsel submits this letter motion regarding correction of document deficiency with respect to document number 4 (Petition for Writ of Habeas Corpus). The signature line is incomplete, in that it indicates "/s/" above our office signature block, and does not indicate "/s/ Melissa Banks, mb2891". We respectfully ask for waiver of correction of this deficiency.

Respondents' counsel Mr. Sun has no objection to the within request.

Sincerely,

Melissa Banks
*Counsel for Petitioner Candida Ramirez Lopez*

CC: Anthony Sun, Esq. (Via ECF)

**SO ORDERED:**



The Honorable Jeannette A. Vargas
United States District Judge
Dated: June 16, 2025

**Demand Justice.**

**Legal Services NYC** | 40 Worth Street, Suite 606, New York, NY 10013
Phone: 646-442-3600 | Fax: 646-442-3601 | www.LegalServicesNYC.org
**Shervon M. Small**, Executive Director | **Liza M. Velazquez**, Board Chair


LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION