```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :
CANDIDA RAMIREZ LOPEZ,                                   :
                                                         :
                          Petitioner,                    :       25-CV-04826 (JAV)
                                                         :
              -v-                                        :       ORDER
                                                         :
DONALD J. TRUMP, et al.,                                 :
                                                         :
                          Respondents.                   :
                                                         :
------------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record at the hearing held on June 20, 2025, on Plaintiff's emergency motion for a temporary restraining order ("TRO"), ECF No. 8, and upon due consideration of all proceedings and submissions in connection with that motion and the Petition for Writ of Habeas Corpus, the Court hereby ORDERS:

1) Respondents shall transport Petitioner Candida Ramirez Lopez (A Number 098-982-272) back to the Southern District of New York by Monday, June 23, 2025, and immediately upon effectuating her transfer, shall release Petitioner from custody, subject to the same terms of supervised release that pertained to Petitioner prior to her detention by Immigration and Customs Enforcement ICE on June 4, 2025.

2) The Court has reserved decision on the aspect of Plaintiff's motion for a TRO and habeas petition that seeks a stay of removal. During the pendency of the Court's consideration of this issue, however, Petitioner shall not be removed from the United States unless and until the Court orders otherwise in order to preserve the Court's jurisdiction. *See, e.g.*, *Local 1814, Intern. Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction" (cleaned up)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case"); *cf. Michael v. I.N.S.*, 48 F.3d 657, 661-62 (2d Cir. 1995) (holding that the All Writs Act provides a federal court of appeals reviewing a final removal order with a basis to stay removal).

A written opinion setting forth the basis for the Court's decision will follow.

SO ORDERED.

Dated: June 20, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge