UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CANDIDA RAMIREZ LOPEZ,

                Plaintiff,                                   25-CV-4826 (JAV)

        -v-                                              ORDER

DONALD J. TRUMP, et al.,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On August 5, 2025, the parties filed a status letter informing the court that they are engaging in discussions "to potentially resolve this habeas matter by stipulation, including resolving the factual question of the date of petitioner's departure from the United States before her return in 2019." ECF No. 39. In the August 5, 2025 Letter, the parties jointly requested that the Court "extend the time to submit a briefing schedule for an additional three weeks." *Id.* Separately, while these discussions are ongoing, Petitioner requests "that the Court further extend the temporary restraint by a corresponding three weeks." *Id.*

The requests made in the August 5, 2025 Letter are **GRANTED**. Accordingly, it is **HEREBY ORDERED** that the deadline for the submission of a briefing schedule for the preliminary injunction motion shall be extended to August 26, 2025. The temporary restraint imposed in the Court's order at ECF No. 31, which enjoins ICE from detaining Petitioner and

2

stays Petitioner's removal from the United States pending resolution of the preliminary injunction motion, shall be extended to September 2, 2025.

SO ORDERED.

Dated: August 6, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge