

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 23, 2025

**MEMO ENDORSED**

By ECF
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re:    *Ramirez Lopez v. Trump*, No. 25 Civ. 4826 (JAV)

Dear Judge Vargas:

    This Office represents the government in the above-referenced habeas corpus action. I write respectfully on behalf of the parties to propose a schedule for resolution of the claims raised in the amended petition.

    As the parties reported in the most recent update, Petitioner intends to seek leave to request limited discovery on the question of Petitioner's last departure from the United States. ICE is still evaluating the issue and has not yet determined whether it will oppose discovery or seek discovery as well. The parties therefore respectfully propose the following schedule:

- Petitioner's motion for discovery due October 3;
- Government's opposition due October 8;
- Petitioner's reply due October 10;
- If discovery is granted:
    - Discovery to conclude by October 31;
    - Second amended petition by November 7;
    - Response to second amended petition by November 21;
    - Reply by November 26.
- If discovery is denied:
    - Response to amended petition by October 31; and
    - Reply by November 7.

    This Office expects to reassign this matter to another Assistant United States Attorney on or before October 3 in light of undersigned counsel's upcoming departure from federal service. If the parties are able to agree that motion practice on the question of discovery is no longer necessary, they will advise the Court accordingly

    In addition, Petitioner requests the Court further extend the temporary restraint (which temporarily enjoins removal and maintains her release on an Order of Supervision) during the pendency of the above-proposed schedule, to avoid prejudice to the petitioner. As before, the

government is unable to consent to an extension of the temporary injunctive relief.

We thank the Court for its consideration of this request.

                                                   Respectfully submitted,

                                                  JAY CLAYTON
                                                  United States Attorney for the
                                                  Southern District of New York

                               By:    s/ Anthony J. Sun
                                                  ANTHONY J. SUN
                                                  Assistant United States Attorney
                                                  86 Chambers Street, Third Floor
                                                  New York, New York 10007
                                                  Telephone: (212) 637-2810
                                                  E-mail: anthony.sun@usdoj.gov

cc: Counsel of Record (by ECF)


The Court adopts the briefing schedule on the motion for discovery proposed by the parties. The temporary restraint imposed in the Court's order at ECF No. 31, which enjoins ICE from detaining Petitioner and stays Petitioner's removal from the United States pending resolution of the preliminary injunction motion, shall be extended to November 14, 2025.

SO ORDERED.
Dated: September 29, 2025

                                                  *Jeannette Vargas*
                                                  JEANNETTE A. VARGAS
                                                  UNITED STATES DISTRICT JUDGE