UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                            :
CANDIDA RAMIREZ LOPEZ,                 :
                            :
                Plaintiff,              :      25-CV-04826 (JAV)
                            :
   -v-                            :      <u>ORDER</u>
                            :
DONALD TRUMP, et al.,                  :
                            :
               Defendants.     :
                            :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      It is hereby ORDERED that all parties appear for a conference with the Court on **Thursday, October 16, 2025,** at **11:00 AM**, in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties should be prepared to discuss the status of the matter and the motion for discovery.

      SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                                            JEANNETTE A. VARGAS
                                                            United States District Judge