```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CANDIDA RAMIREZ LOPEZ,                                            :
                                                                  :
                          Plaintiff,                              :   25-CV-04826 (JAV)
                                                                  :
            -v-                                                   :   ORDER
DONALD J. TRUMP, et al.,                                          :
                                                                  :
                          Defendants.                             :
------------------------------------------------------------------:
                                                                  X
```

JEANNETTE A. VARGAS, United States District Judge:

On October 22, 2025, the parties appeared for a conference before this Court regarding Petitioner's Letter Motion for Discovery. ECF No. 49. In response to Petitioner's Letter Motion, Respondents filed their opposition brief, also making their own discovery requests. ECF No. 52. As discussed at the conference held earlier today, the Court finds good cause to permit limited discovery in this *habeas* proceeding. *See Bracy v. Gramley*, 520 U.S. 899, 908-09 (1997).

The Court **GRANTS**, in part, Petitioner's request to conduct discovery. ECF No. 49. Petitioners shall be permitted to serve subpoenas on the Third-Party airlines. Further, the Court hereby **ORDERS** Respondents to produce Petitioner's full immigration file to Petitioner. ECF No. 49-4. The Court also authorizes Petitioner to seek discovery from the United States limited to the topic of the date when Petitioner left the United States, including but not limited to information in the possession of the U.S. Customs and Border Protection. *Id.*

Similarly, the Court **GRANTS**, in part, Respondents' request to conduct discovery. *See* ECF No. 52. As stated on the record, the discovery exchanged shall be narrow and limited. Petitioner is **ORDERED** to respond to Respondents' Interrogatories 1, 5, and 7, which request:

(1) information about where Petitioner lived; and (2) information about where Petitioner worked. *Id.* at Ex. C.  These responses shall be limited in scope to the 2006 time period at issue. Petitioner is **FURTHER ORDERED** to produce documents in response to Respondents' Request for Documents to the extent they seek documents sufficient to show Petitioner's physical location during 2006.  *Id.*  Petitioner is **FURTHER ORDERED** to respond to Respondents' Requests for Admission regarding her alleged departure date and the signature that appears on her signed statement.  *Id.*  Petitioner should also identify all persons Petitioner intends to rely upon or call as witnesses at any evidentiary hearing on the Petition or any subsequent pleading**.**

Lastly, it is **FURTHER ORDERED** that the parties meet and confer and no later than Monday, October 27, 2025, submit a joint letter outlining the timing of anticipated discovery, the filing of any amended petition, and proposed dates for the Preliminary Injunction hearing.  The Clerk of the Court is directed to terminate ECF No. 49.  The letter should also address whether the Court should consolidate a hearing on the preliminary injunction motion with a trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure.

    SO ORDERED.

Dated: October 22, 2025
       New York, New York

                                        JEANNETTE A. VARGAS
                                        United States District Judge