# LEGAL SERVICES NYC

October 27, 2025

**BY ECF**
The Honorable Jeanette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

Re: Ramirez Lopez v. Trump, No. 25 Civ. 4826 (JAV)

Dear Judge Vargas:

This Office represents the petitioner in the above-referenced habeas corpus action. The parties file the within joint letter in keeping with the Court's Order of October 22, 2025. The parties agree that the Court should consolidate hearing on the preliminary injunction motion with trial on the merits. The parties jointly propose the following schedule for discovery and further briefing in this case:

- Discovery to conclude by December 1, 2025;
- Petitioner's amendment of the petition by December 11, 2025;
- Respondents' response by January 19, 2026;
- Petitioner's reply by February 2, 2026.

Petitioner respectfully requests an extension of the temporary injunctive relief, enjoining petitioner's detention or removal from the United States pending the resolution of the preliminary injunction/merits hearing. Respondents do not consent to this request.

We thank the Court for its consideration.

Respectfully submitted,

Melissa Banks
Counsel for Petitioner

**Demand Justice.**

Legal Services NYC | 40 Worth Street, Suite 606, New York, NY 10013
Phone: 646-442-3600 | Fax: 646-442-3601 | www.LegalServicesNYC.org
Shervon M. Small, Executive Director | Liza M. Velazquez, Board Chair



LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

The Court adopts the schedule for discovery and briefing schedule proposed by the parties. The temporary restraint imposed in the Court's order at ECF No. 31, which enjoins ICE from detaining Petitioner and stays Petitioner's removal from the United States pending resolution of the preliminary injunction motion, shall be extended to **February 18, 2026.** The hearing on Plaintiff's motion for a preliminary injunction shall be held in Courtroom 14C of the United States Courthouse, 500 Pearl Street, New York, New York, on **February 18, 2026, at 11:00am**.

SO ORDERED.
Dated: October 30, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE